**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CHARLES JOHNSON AND LAURA JOHNSON, | : | No. 211 WAL 2021 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DQE HOLDINGS, DUQUESNE LIGHT COMPANY, INC., AND DUQUENSE LIGHT COMPANY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.